FRANK WILSON MUNDEN, an Infant, by ELIZA JANE MUNDEN, His Guardian
ad Litem, and Others, Respondents, v. HENRY McDANIEL, Defendant; JOSEPH
P. SMITH and Another, Conducting a Racing Stable under the Name of DORWOOD
STABLES, Appellants. (Appeal No. 1.) — In an action on a contract of employ-
ment, order denying motion of defendants Smith and Emanuel to dismiss the com-
plaint under rule 113 of the Rules of Civil Practice, and to grant summary judgment
in their favor, affirmed, with ten dollars costs and disbursements. No opinion.
The appeal from the order denying their motion for reargument is dismissed.
Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur.

denying defendant McDaniel's motion to dismiss the complaint under rule 113 of the Rules of Civil Practice, and to grant summary judgment in his favor affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.